FILED

OCT 16 2018

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. **4:18-CR-00847 NCC** |
| v. ) | |
| ) | |
| DUSTIN LOCKWOOD, ) | |
| ) | |
| Defendant. ) | |

### INFORMATION

### COUNT I

The United States Attorney charges that:

On or about February 20, 2018, in Jefferson County, within the Eastern District of Missouri,

**DUSTIN LOCKWOOD,**

the Defendant herein, did improperly possess and store explosive material in a manner not in conformity with regulations and industry standards.

In violation of Title 18, United States Code, Section 842(j).

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

RODNEY H. HOLMES #6244551IL
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri   63102
(314) 539-2200

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| EASTERN DIVISION | ) |
| EASTERN DISTRICT OF MISSOURI | ) |

I, Rodney H. Holmes, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

RODNEY H. HOLMES #6244551IL

Subscribed and sworn to before me this 16th day of October 2018.

Greg Sirkness
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK