# Courtroom Minute Sheet
## ARRAIGNMENT/PLEA/CHANGE OF PLEA
## WAIVER OF INDICTMENT/PLEA PROCEEDINGS

Date: October 17, 2018   Case No. 4:18cr00847 NCC

UNITED STATES OF AMERICA vs. Dustin Lockwood

Judge: Noelle C. Collins   Court Reporter: FTR Gold

Deputy Clerk: B. Porter   Interpreter: n/a

Assistant United States Attorney(s): Rodney Holmes

Attorney(s) for Defendant: Melissa Goymerac

**Arraignment/Waiver of Indictment/Plea:**

Defendant's age: 23   Education: High School Diploma

☐ Defendant waives assistance of counsel   ☐ Waiver filed
☐ Arraignment continued until _____ at ____ a.m./p.m.
☐ Defendant signs waiver of indictment and consents to proceed by information
☐ Criminal ☐ superseding ☐ information ☐ indictment filed
☑ Defendant waives reading of indictment/information   ☑ Defendant arraigned
☑ Defendant enters a plea of   ☑ GUILTY   ☐ NOT GUILTY to counts: one   of the ☐ superseding ☐ indictment ☐ information ☐ Pretrial Motions Order ☐ issued ☐ to issue

**Change of Plea:**

☑ The Court finds the defendant competent to enter a plea of guilty.
☑ By leave of Court, the defendant withdraws former plea of not guilty and enters a plea of guilty to count(s) one   of the ☐ superseding ☐ information ☐ indictment
☑ Stipulation of facts relative to sentencing filed ☑ with ☐ without plea agreement
☐ The Court adopts and approves ☐ Stipulation of Facts ☐ Guilty Plea Agreement
☐ The Court defers the adoption of ☐ Stipulation of Facts ☐ Guilty Plea Agreement until the date of sentencing
☑ Guilty Plea Agreement filed
☑ Ordered that count(s) one   be held in abeyance until sentencing
☐ Ordered that pending motions as to defendant _____ are denied as moot
☑ Sentencing set: To Be Set   at _____
☐ OBJECTIONS TO OR ACCEPTANCE OF PSR DUE _____
☑ Defendant is remanded to custody   ☐ Defendant is released on existing bond
(If defendant was on bond and is remanded, change location code to "LC.")
Probation Officer: Not Present

Proceedings commenced 12:56 P.M concluded at 1:22 P.M